United States District Court

Eastern District of California

Jeffrey Jay Hawkins,

    Petitioner,

vs.

Jill L. Brown,

    Respondent.

No. Civ. S 96-1155 MCE PAN P

Order

DEATH PENALTY CASE

-oOo-

February 2, 2005, the court extended time for respondent to move for summary judgment until April 5, 2005, and, upon respondent's request, indicated a status conference would be set regarding factual development. Good cause appearing, the court hereby orders that:

1. No status conference is necessary regarding the deadline for factual development.

2. Petitioner's opposition shall be filed and served by July 8, 2005.

3. Respondent's reply shall be filed and served by August 19, 2005.

4. The parties shall complete factual development necessary to decide the remaining claims by August 19, 2005.

Dated: May 31, 2005.

>/s/ Peter A. Nowinski
> PETER A. NOWINSKI
> Magistrate Judge