UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEFFREY JAY HAWKINS,

        Petitioner,        CIV. S-96-1155 MCE PAN

   v.                   <u>DEATH PENALTY CASE</u>

JILL L. BROWN, Acting Warden
at San Quentin State Prison,       ORDER

        Respondent.

—oOo—

    Petitioner's counsels' ex parte motion filed May 31, 2005, for an increase in hourly rate is granted.

    So ordered.

    Dated:  June 6, 2005.

                             /s/ Peter A. Nowinski
                             PETER A. NOWINSKI
                             Magistrate Judge