IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY JAY HAWKINS,** | CIV S-96-1155 FCD PAN |
| Petitioner, | **CAPITAL CASE** |
| v. | [Proposed] **ORDER** |
| **JILL L. BROWN, Acting Warden at San Quentin State Prison,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's reply to Petitioner's Opposition to Summary Adjudication and Cross-Motion for Summary Judgment be filed on or before October 14, 2005.

Dated: September 7, 2005.

                                                /s/ Peter A. Nowinski
                                                PETER A. NOWINSKI
                                                Magistrate Judge