LYNNE S. COFFIN, State Bar No. 121389
244 Miller Avenue
Mill Valley, CA 94941
415/383-9888

ANDREW S. LOVE, State Bar No. 119990
P.O. Box 194401
San Francisco, California 94119
Telephone: 415/904-5600

Attorneys for Petitioner
JEFFREY JAY HAWKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JAY HAWKINS, | CASE NO. CIV-S-96-1155-MCE-PAN |
| Petitioner, | **ORDER** |
| v. | |
| JILL BROWN, Acting Warden of California State Prison at San Quentin | |
| | <u>DEATH PENALTY CASE</u> |
| Respondent. | |

GOOD CAUSE APPEARING, Petitioner's Motion for Extension of Time to Continue Factual Development to and including October 19, 2005, is hereby GRANTED.

Dated: September 12, 2005.

　　　　　　　　　　　　　　　　　　　　/s/ Peter A. Nowinski
　　　　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　　　　Magistrate Judge

1