LYNNE S. COFFIN, State Bar No. 121389
244 Miller Avenue
Mill Valley, CA 94941
Telephone: 415/383-9888

ANDREW S. LOVE, State Bar No. 119990
P.O. Box 194401
San Francisco, California 94119
Telephone: 415/904-5600
Attorneys for Petitioner
JEFFREY JAY HAWKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JAY HAWKINS, ) | CASE NO. CIV-S-96-1155-MCE-PAN |
| ) | |
| Petitioner, ) | **[PROPOSED] ORDER** |
| ) | |
| v. ) | |
| ) | |
| STEVE ORNOSKI, Acting Warden ) of California State Prison at San ) Quentin ) | |
| ) | DEATH PENALTY CASE |
| Respondent. ) | |

GOOD CAUSE APPEARING, petitioner's motion for a 60-day extension of time to Continue Factual Development to and including December 19, 2005, is hereby GRANTED.

Dated: October 19, 2005.

    /s/ Peter A. Nowinski
    PETER A. NOWINSKI
    Magistrate Judge