1  LYNNE S. COFFIN, State Bar No. 121389
2  244 Miller Avenue
   Mill Valley, CA 94941
3  Telephone: 415/388-2432

4  ANDREW S. LOVE, State Bar No. 119990
   P.O. Box 194401
5  San Francisco, California 94119
6  Telephone: 415/904-5600

7  Attorneys for Petitioner
   JEFFREY JAY HAWKINS
8

9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

13

14  JEFFREY JAY HAWKINS,          )     CASE NO. CIV-S-96-1155-MCE-PAN
                                  )
15       Petitioner,             )     [PROPOSED] ORDER
                                  )
16  v.                            )
                                  )
17  STEVE ORNOSKI, Warden         )
18  of California State Prison at San Quentin )
                                  )     DEATH PENALTY CASE
19       Respondent.             )
    _____)
20

21       GOOD CAUSE APPEARING, Petitioner's Motion for Extension of Time to

22

23  Continue Factual Development to and including February 19, 2006, is hereby GRANTED.

24  DATED:  January 9, 2006.          /s/ Peter A. Nowinski____

25                                     PETER A. NOWINSKI
                                       UNITED STATES MAGISTRATE JUDGE
26

                              1