1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFFREY JAY HAWKINS,

11          Petitioner,                    No. CIV S–96-1155 FCD EFB DP

12      vs.

13   ROBERT WONG, Acting Warden
     at San Quentin State Prison.          ORDER
14
            Respondent.                    **DEATH PENALTY CASE**
15   _____/

16        Pursuant to the November 2, 2004 order, the parties have cross-moved for summary

17   judgment.

18        On September 20, 2006, the court will hold a status conference at which counsel shall be

19   prepared to discuss the following:

20        1. Whether the court should grant petitioner's request to vacate portions of the

21   November 2, 2004, order;

22        2.  When petitioner believes he can file a motion for an evidentiary hearing;

23        3.   When respondent believes he can file an opposition, if any.

24   ///

25   ///

26   ///

1        Accordingly, it is ORDERED that the parties, through counsel, shall appear for a status

2   conference September 20, 2006, at 10:00 a.m. in Courtroom No. 25 before the undersigned.

3   Immediately following the status conference, respondents' counsel will be excused and the court

4   will hold an *ex parte* budget conference with petitioner's counsel.

5   Dated: September 8, 2006.

6

7
\hawk1155.status conf ord

8                     EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26