IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JAY HAWKINS, | No. 2:96-cv-1155-MCE-EFB-DP |
| Petitioner, | |
| v. | <u>ORDER</u> |
| ROBERT WONG, Acting Warden, | **DEATH PENALTY CASE** |
| Respondent. | |

On September 25, 2006, petitioner's counsel submitted a proposed Phase IV budget. Having reviewed the proposed budget and after an *ex parte* conference with counsel for petitioner conducted before the magistrate judge, the court finds the proposed budget complies with the applicable guidelines.

///
///
///
//
///

Accordingly, it is ORDERED that the budget submitted September 25, 2006, is approved.

Dated: September 29, 2006

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Dated: September 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2