IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY JAY HAWKINS,

    Petitioner,                    No. CIV S-96-1155 MCE EFB

    vs.

ROBERT K. WONG, Warden,         **DEATH PENALTY CASE**

    Respondent.                ORDER

_____/

    By June 14, 2011, each party shall file a brief on the impact of *Cullen v. Pinholster*, No. 09-1088, 2011 WL 1225705 (U.S. Apr. 4, 2011) on petitioner's motion for an evidentiary hearing and the findings and recommendations issued thereon, including particularly (but without limitation), Claims A, B, P, R, and W.

DATED: May 27, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE