IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY JAY HAWKINS,

    Petitioner,

vs.

ROBERT K. WONG, Warden
    Respondent.

_____/

No. CIV S-96-1155 TLN EFB DP

[~~PROPOSED~~] ORDER APPOINTING SECOND COUNSEL;

**DEATH PENALTY CASE**

    Having reviewed the application of Petitioner for the appointment of Marcia A. Morrissey as second counsel and the curriculum vitae of Ms. Morrissey, and GOOD CAUSE APPEARING, it is ORDERED that Ms. Morrissey is appointed as second counsel for Petitioner in the above entitled capital case.

    IT IS SO ORDERED.

Date: __July 24, 2013__

_____
Hon. Edmund F. Brennan
Magistrate Judge

[~~Proposed~~] Order Appointing Second Counsel
No. CIV S-96-1155 TLN-EFB DP

1