UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JAW HAWKINS,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden at San Quentin State Prison,<br><br>Respondent. | No. 2:96-cv-1155-TLN-EFB P<br><br><br><br>ORDER |

Petitioner is a prisoner on California's Death Row seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He is presently represented by attorneys Lynne Coffin and Marcia Morrissey.  On May 22, 2015, petitioner moved, pro se, to terminate Coffin's representation of him and requested the appointment of new counsel.  ECF No. 252.  On May 27, 2015, Coffin filed a response to petitioner's motion, along with an application to withdraw as counsel.  ECF No. 253.  Thereafter, Morrissey also moved to withdraw as counsel.  ECF No. 254.  In a declaration filed with her motion, Morrissey stated that Jennifer Mann, Assistant Federal Defender, has represented that the Federal Defender's Office for the Eastern District of California is willing and able to accept appointment as counsel for petitioner.  *Id.*

Good cause appearing, IT IS HEREBY ORDERED that:

1. Coffin's motion to withdraw (ECF No. 253) is granted and the Clerk of the Court shall terminate petitioner's pro se motion (ECF No. 252) as moot.  Morrissey's motion

1

(ECF No. 254) shall remain pending until new counsel is located to represent petitioner.

2. This matter is referred to the Selection Board for the United States District Court for the Eastern District of California to recommend qualified replacement counsel for appointment by this Court.

3. The Clerk of the Court is directed to serve this order upon (1) Kurt Heiser, CJA Administrator, Office of the Federal Defender; and (2) Jennifer Mann, Assistant Federal Defender, Office of the Federal Defender.

DATED: August 25, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2