HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
DAVID HARSHAW, KY State Bar No. 86435
Assistant Federal Defender
KARL SADDLEMIRE, State Bar No. 275856
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
E-mail:    david_harshaw@fd.org
           karl_saddlemire@fd.org

Attorneys for Petitioner
JEFFREY JAY HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY JAY HAWKINS**, | Case No. 2:96-cv-1155-TLN-EFB DP |
| Petitioner, | |
| vs. | [~~PROPOSED~~] ORDER SEALING DOCUMENT |
| **RON DAVIS, Warden of San Quentin State Prison**, | |
| Respondent. | |

Good cause being shown, Document 265-1 is ordered sealed. The tendered redacted document is substituted.

DATED: May 2, 2019.

_____
Magistrate Judge Edmund F. Brennan
Eastern District Court of California