UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JAY HAWKINS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS,<br><br>　　　　　Respondent. | No. 2:96-cv-1155-TLN-EFB DP<br><br>**DEATH PENALTY CASE**<br><br>ORDER |

Petitioner is a California death row inmate proceeding with counsel in this petition for writ of habeas corpus under 28 U.S.C. § 2254. The court recently scheduled the pending evidentiary hearing as well as several preceding deadlines. ECF No. 273. Respondent now requests that the hearing, and the status conference preceding it, be postponed. ECF No. 274. The request is unopposed and will be granted.

It is hereby ORDERED that:

1. Respondent's June 27, 2019 request to modify the scheduling order for the evidentiary hearing (ECF No. 274) is GRANTED;
2. The evidentiary hearing, previously scheduled for September 21, 2020, shall proceed on October 26, 2020, at 9:30 a.m. in Courtroom No. 8 before the undersigned; and

/////

/////

1

3. The status conference, previously scheduled for August 12, 2020, shall proceed on September 23, 2020, at 10:00 a.m. in Courtroom No. 8 before the undersigned.

DATED: August 6, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE