UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JAY HAWKINS,<br><br>                    Petitioner,<br><br>         v.<br><br>RON DAVIS,<br><br>                    Respondent. | Case No.   2:96-cv-01155-TLN-JDP (DP)<br><br>ORDER DIRECTING PETITIONER'S COUNSEL TO NOTIFY COURT AS TO WHETHER PETITIONER IS DECEASED<br><br>NOTICE DUE WITHIN THIRTY DAYS |

Media reports state that petitioner died in July 2020 after contracting Covid-19.  *See*, *e.g.*, Rosalio Ahumada and Sam Stanton, *San Quentin Death Row Inmate Convicted in Sacramento County Dies of Covid-19*, Sac. Bee, Jul. 15, 2020.[1]   Within thirty days of this order's entry, petitioner's counsel shall file a notice that confirms or denies petitioner's death.  If the notice confirms his death, counsel should also submit a copy of his death certificate.  Only a person who is "in custody pursuant to the judgment of a State court" can bring a habeas petition under section 2254.  28 U.S.C. § 2254(a).  Accordingly, if petitioner is deceased, this action will need to be dismissed.  *See Porras v. Yates*, No. CV F 05-00284 OWW DLB HC, 2006 U.S. Dist. LEXIS 64903, *3, 2006 WL 2520286 (E.D. Cal. Aug. 29, 2006) ("Petitioner is now deceased, he is no longer 'in custody' and cannot challenge his conviction, and the petition is moot.").

---

[1] Available online at: https://www.sacbee.com/news/coronavirus/article244259862.html.

1 | IT IS SO ORDERED.

2 | Dated: October 15, 2020

_____
UNITED STATES MAGISTRATE JUDGE