HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
DAVID HARSHAW, KY State Bar No. 86435
Capital Habeas Unit Supervisor
KARL SADDLEMIRE, State Bar No. 275856
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Fax:  (916) 498-6656
E-mail: David_Harshaw@fd.org
*Attorneys for Petitioner*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
SEAN M.MCCOY, State Bar No. 182516
Deputy Attorney General
PETER H. SMITH, State Bar No. 138957
Deputy Attorney General
DARREN K. INDERMILL, State Bar No. 252122
Supervising Deputy Attorney General
ROSS K. NAUGHTON, State Bar No. 254926
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7680
Fax: (916) 324-2960
E-mail: Peter.Smith@doj.ca.gov
*Attorneys for Respondent*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY JAY HAWKINS, | No. 2:96-cv-1155-TLN-JDP |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **STIPULATED REQUEST TO EXTEND TIME TO PROVIDE NOTICE OF PETITIONER'S DEATH AND TO MOVE TO DISMISS AND ORDER** |
| RON DAVIS, Warden of the California State Prison at San Quentin, | |
| Respondent. | |

1. The parties jointly ask the Court to enter an Order granting an extension of time for Petitioner to provide notice of Mr. Hawkins' death and to move to dismiss the instant proceedings. The Court previously requested that Petitioner reply within thirty days of its prior Order, or no later than November 16, 2020. ECF 282. The parties request an additional thirty (30) days for leave to file Mr. Hawkins' notice and motion to dismiss, to be due December 16, 2020. A copy of the proposed Order extending the deadline is attached hereto.

This request was initiated by Petitioner. Petitioner's reasons are set forth in the attached declaration of counsel.

DATED: November 16, 2020                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ David Harshaw*
DAVID HARSHAW
Capital Habeas Unit Supervisor

*/s/ Karl Saddlemire*
KARL SADDLEMIRE
Assistant Federal Defender

Attorneys for Petitioner
JEFFREY JAY HAWKINS

XAVIER BECERRA
Attorney General of California

SEAN M. MCCOY
Deputy Attorney General

*/s/ Peter H. Smith*
PETER H. SMITH

*/s/ Darren K. Indermill*
DARREN K. INDERMILL
Supervising Deputy Attorney General

*/s/ Ross K. Naughton*
ROSS K. NAUGHTON
Deputy Attorney General

Attorneys for Respondent
RON DAVIS, WARDEN AT SAN QUENTIN

ORDER

Good cause appearing, the court adopts the parties' stipulation as its order. Accordingly, it is hereby ORDERED that petitioner's notice of Mr. Hawkins' death and motion to dismiss will be due no later than December 16, 2020.

IT IS SO ORDERED.

Dated:   November 17, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE