HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
DAVID HARSHAW, KY State Bar No. 86435
Assistant Federal Defender
KARL SADDLEMIRE, State Bar No. 275856
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Fax:  (916) 498-6656
E-mail: David_Harshaw@fd.org
*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY JAY HAWKINS, <br><br> Petitioner, <br><br> v. <br><br> RON DAVIS, Warden of the California State Prison at San Quentin, <br><br> Respondent. | No. 2:96-cv-1155-TLN-JDP <br><br> **DEATH PENALTY CASE** <br><br> **ORDER DISMISSING CASE** |

IT IS ORDERED, the Court being sufficiently advised, that this case is dismissed due to the death of Petitioner.

Dated:  December 17, 2020

_____
Troy L. Nunley
United States District Judge